| | | | |
|---|---|---|---|
| | | | 2011<br>CP–02–CR–0007833–2011<br>CP–02–CR–0011977–2011<br>(Allegheny) |
| In re N.N.W.; Appeal of S.W. | 950 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000028–2016<br>(Allegheny) |
| In re S.L.W.; Appeal of S.W. | 951 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000029–2016<br>(Allegheny) |
| In re Z.T.W.; Appeal of S.W. | 952 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000033–2016<br>(Allegheny) |
| In re N.J.W.; Appeal of S.W. | 953 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000027–2016<br>(Allegheny) |
| In re S.L.W.; Appeal of S.W. | 969 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000026–2016<br>(Allegheny) |
| Com. v. Bryant | 2455 EDA 2015<br>Affirmed | 12/02/2016 | CP–51–CR–1206841–1997<br>CP–51–CR–1206851–1997<br>(Philadelphia) |
| Com. v. Jacobs | 250 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–CR–1003721–1995<br>(Philadelphia) |
| Com. v. Smith | 682 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/02/2016 | CP–23–CR–0001706–2015<br>(Delaware) |
| Com. v. Harris | 799 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–CR–0101751–2002<br>(Philadelphia) |
| In the Interest of: T.D.C. | 1596 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–AP–0000314–2016<br>CP–51–DP–0002301–2014<br>(Philadelphia) |
| In the Interest of: T.C.Q.C. | 1598 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–AP–0000315–2016<br>CP–51–DP–0002302–2014<br>(Philadelphia) |
| Com. v. McCoy | 1868 MDA 2015<br>Affirmed | 12/02/2016 | CP–40–CR–0003964–2012<br>(Luzerne) |